**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6480**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ISAAC GADSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-90-30-A, CA-96-1841-AM)

---

Submitted: January 27, 1998          Decided: March 12, 1998

---

Before ERVIN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Isaac Gadson, Appellant Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Isaac Gadson seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. United States v. Gadson, Nos. CR-90-30-A; CA-96-1841-AM (E.D. Va. Jan. 16, 1997). To the extent Gadson raises the issue of the federal court's jurisdiction to enforce the School Zone Act (the Comprehensive Drug Abuse and Prevention and Control Act of 1970, 21 U.S.C. § 860(a) (1994)), we find the argument without merit. Through the Commerce Clause, Congress has the power to regulate intrastate drug activities such as those targeted by the School Zone Act. See United States v. Leshuk, 65 F.3d 1105, 1112 (4th Cir. 1995). We deny Gadson's motion for production of transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2